IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mathieu Jr, Edward J | Case Number: 07 B 19091 |
|---|---|---|
| | Mathieu, Tenique D | Judge: Goldgar, A. Benjamin |
| | Printed: 4/22/08 | Filed: 10/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,254.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,254.00 |
| Totals: | 2,254.00 | 2,254.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 2. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 4. | Fifth Third Bank | Secured | 0.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 294.15 | 0.00 |
| 6. | Federated Retail Holdings Inc | Unsecured | 1,270.56 | 0.00 |
| 7. | Premier Visa | Unsecured | 2,981.46 | 0.00 |
| 8. | B-Real LLC | Unsecured | 2,088.30 | 0.00 |
| 9. | FDS Bank - Bloomingdales | Unsecured | 632.93 | 0.00 |
| 10. | Sallie Mae | Unsecured | 4,251.74 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 12,473.26 | 0.00 |
| 12. | B-Real LLC | Unsecured | 2,223.63 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 4,946.04 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 414.01 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 22.02 | 0.00 |
| 16. | BMW Financial Services | Secured | | No Claim Filed |
| 17. | BMW Financial Services | Unsecured | | No Claim Filed |
| 18. | Ford Credit | Unsecured | | No Claim Filed |
| 19. | Bloomingdales | Unsecured | | No Claim Filed |
| | | | $ 31,598.10 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |


## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mathieu Jr, Edward J  
        Mathieu, Tenique D  
        Printed: 4/22/08

Case Number: 07 B 19091  
Judge: Goldgar, A. Benjamin  
Filed: 10/16/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

